UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. BARANEK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 16 C 7302 ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) Magistrate Judge Valdez ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO ENTER JUDGMENT**

Defendant Acting Commissioner of Social Security, by her attorney Joel R. Levin, Acting United States Attorney for the Northern District of Illinois, moves the Court pursuant to Rule 58(d) of the Federal Rules of Civil Procedure to enter judgment in a separate document as required by Rule 58(a).

        Respectfully submitted,

        JOEL R. LEVIN
        Acting United States Attorney

    By: s/ Erin E. Kelly
        ERIN E. KELLY
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-9083
        erin.kelly@usdoj.gov